FOURTH DEREK, INC. v. HOUSING AUTHORITY
OF THE CITY OF NEWARK.

December 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES N. GRABAS.

December 14, 1981.

Petition for certification denied.

ELIZABETH GRAUL v. ALBERT GRAUL.

December 14, 1981.

Petition for certification denied.

DALE HARTLEY v. RED TOP REALTY, INC.

December 14, 1981.

Petition for certification denied.